```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :
            -v-                     :         22cr2 (DLC)
                                    :
ALBERTO NIEVES,                     :         ORDER
                                    :
                  Defendant.        :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the defendant is scheduled to enter a change of plea in person in Courtroom 18B, 500 Pearl Street, on **April 15, 2022 at 2:00 PM.**  In light of the ongoing COVID-19 pandemic,

IT IS FURTHER ORDERED that all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse.  **To gain entry to 500 Pearl Street, follow the instructions provided here**:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf

IT IS FURTHER ORDERED that all individuals should practice social distancing when possible in the courthouse.  Individuals also must wear a KN94, KN95, or N95 mask that covers their nose and mouth in the courthouses.  Cloth masks, surgical masks, bandannas, gaiters and masks with valves are prohibited.

SO ORDERED:

Dated:    New York, New York
          April 1, 2022

```
                            _____
                                  DENISE COTE
                            United States District Judge
```