```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :      22cr2 (DLC)
                                     :
ALBERTO NIEVES,                      :         ORDER
                                     :
                    Defendant.       :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the sentencing in this matter scheduled for July 28, 2022 is adjourned to **August 1, 2022 at 3:30 PM** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         July 27, 2022

                                     _____
                                            DENISE COTE
                                     United States District Judge